## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Eric Delgadillo
                               Plaintiff,

v.
                                                            Case No.: 1:18−cv−04194
                                                             Honorable Marvin E. Aspen

ManPowerGroup US, Inc.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 4, 2018:

      MINUTE entry before the Honorable Marvin E. Aspen: Status hearing held on 10/4/2018. It is reported that the case has settled. Case is dismissed without prejudice with leave to reinstate on or before 10/18/2018. In the event a motion to reinstate is not filed on or before 10/18/2018, the case shall be deemed dismissed with prejudice without further order of the court. Civil case terminated. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.